## ORCHARD agt. BULKELEY

Robert Orchard plaint. agt. Richard Bulkley Defend[t] The plaint. withdrew his action.